■ (A) JULIA LASS et al., Appellants, v. ANNES HOTELS, INC., Respondent. (B) LAKE VIEW COLONY ASSOCIATION, INC., Respondent, v. TOWN OF BERNE et al., Appellants.— [In each action] Appeals dismissed, without costs, unless

**996**

appellants shall file and serve records, briefs and notes of issue for the January 1963 Term on or before December 1, 1962, in which event motions denied. ■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS GELAC BROWN, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. WATSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Dannemora Prison, Respondent.— Motions to withdraw appeals granted. (C) In the Matter of the Claim of ROBERT CEGLIA, Respondent, v. JOHN HOPTER, Appellant. WORK-MEN'S COMPENSATION BOARD, Respondent.— Motion granted, by default, without costs.